1 **JENNIFER L. COON**
California State Bar No. 203913
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Email: Jennifer_Coon@fd.org

5 Attorneys for Defendant

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 (HONORABLE NITA L. STORMES)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08MJ0564 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| SERGIO GALINDO-POLANCO, | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: March 3, 2008         /s/ *JENNIFER L. COON*
                                                Federal Defenders of San Diego, Inc.
                                                Attorneys for Defendant
                                                Jennifer_Coon@fd.org

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  March 3, 2008                                          /s/ *JENNIFER L. COON*
                                                                              Federal Defenders of San Diego, Inc.
                                                                              225 Broadway, Suite 900
                                                                              San Diego, CA  92101-5030
                                                                              (619) 234-8467  (tel)
                                                                              (619) 687-2666  (fax)
                                                                              Jennifer_Coon@fd.org (email)