UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR0861GT |
|---|---|
| Plaintiff, | ) **Superseding** |
| v. | ) I N F O R M A T I O N |
| SERGIO GALINDO-POLANCO, | ) Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| Defendant. | ) |

The United States Attorney charges:

On or about February 24, 2008, within the Southern District of California, defendant SERGIO GALINDO-POLANCO, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that he had not previously used an alias, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 5/1/08

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:San Diego
03/04/08