AO455 (Rev.5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MAY 0 1 2008

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>SERGIO GALINDO-POLANCO | WAIVER OF INDICTMENT ON SUPERSEDING INFORMATION<br><br>Case No. 08CR0861-GT |

I, SERGIO GALINDO-POLANCO, the above named defendant, who is accused of

18:1001 - FALSE STATEMENT TO A FEDERAL OFFICER

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in

open court on _____5-1-08_____ prosecution by indictment and consent that the
             *Date*

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
    Judicial Officer